UNITED STATES of America,
Appellee,

v.

Winfred Wade PAYNE, Appellant.

UNITED STATES of America,
Appellee,

v.

Eddie Charles DOUGLAS, Appellant.

Nos. 75–1716, 75–1772.

United States Court of Appeals,
Eighth Circuit.

Submitted Jan. 16, 1976.

Decided Jan. 20, 1976.

Certiorari Denied May 19, 1976.
See 96 S.Ct. 2180.

Eugene J. Mazzanti, Little Rock, Ark.,
for Payne.

James A. Neal, Little Rock, Ark., for
Douglas.

W. H. Dillahunty, U. S. Atty., and Ken
Stolle, Asst. U. S. Atty., Little Rock,
Ark., for appellee.

Before HEANEY, ROSS and WEB-
STER, Circuit Judges.

PER CURIAM.

Winfred Wade Payne and Eddie
Charles Douglas appeal from their con-
viction by a jury of armed bank robbery
in violation of 18 U.S.C. § 2113(d), and
their subsequent sentences of nineteen
years. They both contend on appeal er-
ror: (1) in the denial of motions to sever
their joint trial, and (2) the difference in
sentences received by them and a third
codefendant who pled guilty and testi-
fied against them.

Appellant Payne also asserts error in
the denial of his motion for continuance
made on the day of trial. Appellant
Douglas also asserts error in the in-court
identification of him by one of several
eyewitnesses.

We have carefully reviewed the record
and briefs, and following arguments,
find no merit to these contentions. We
affirm the judgment of conviction.